UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

TECTONIC BUILDERS, INC.,

                      **Plaintiff,**

        **-against-**

THE TRAVELERS INDEMNITY COMPANY,

                    **Defendant.**

--------------------------------------------------------------------X

**21-CV-09479 (ALC)(SN)**

**ORDER**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___ 4/11/2022 ___ |

**SARAH NETBURN, United States Magistrate Judge:**

      On February 7, 2022, the Court ordered the parties to file a joint letter on the status of discovery by no later than April 5, 2022. ECF No. 17. As of the issuance of this order, no such letter has been filed. The parties shall file a letter on the status of discovery by no later than April 15, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
             April 11, 2022