UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CYRUS BARNES,                                              :
               Plaintiff,                  :
                                 :  **ORDER**
v.                                                         :
                                 :  21 CV 9479 (VB)
WILLIAM I. PARKEN,                                         :
               Defendant.                  :
-----------------------------------------------------------x

       The Court conducted a pre-motion conference today on the record, at which counsel for the parties appeared. Counsel discussed the parties' anticipated summary judgment motions, as outlined in their letters dated August 3, 2022, and August 8, 2022. (Docs. ##30, 32).

       Accordingly, it is hereby ORDERED that by September 19, 2022, plaintiff's counsel shall file a joint letter updating the Court on the following:

1) the status of counsel's efforts to resolve the legal issues discussed at today's conference, including defendant's affirmative defenses;

2) whether each party is willing to proceed with a settlement conference before Magistrate Judge Judith C. McCarthy; and

3) whether either party intends to file a summary judgment motion. If either party intends to file a summary judgment motion, counsel shall include a proposed briefing schedule.

Dated: August 17, 2022
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge