| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------- x<br>**TECTONIC BUILDERS, INC.,**<br><br>　　　　　　　　　　　**Plaintiff,**<br><br>　　　　　-against-<br><br>**THE TRAVELERS INDEMNITY**<br>**COMPANY,**<br><br>　　　　　　　　　　　**Defendant.**<br>------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: August 22, 2022<br><br>**21-cv-9479 (ALC)**<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of the parties' joint letter requesting a pre-motion conference in anticipation of their motions for summary judgment. The Court denies the request for a conference and grants leave to file the motions. The motions shall be briefed according to the following schedule:

　　Opening Briefs: Due September 19, 2022

　　Opposition Briefs: Due October 17, 2022

　　Reply Briefs: Due October 31, 2022

**SO ORDERED.**

**Dated:　August 22, 2022**
　　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**